Case 4:25-cv-03161   Document 12   Filed on 12/08/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEIETRA BOLDEN, Plaintiff, | § § § § | CIVIL ACTION NUMBER 4:25-cv-03161 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Defendant. | § § § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Deietra Bolden sues the Department of Housing and Urban Development. She filed a complaint bringing claims for wrongful foreclosure, fraudulent inducement, negligent misrepresentation, quiet title, breach of duty of good faith and fair dealing, and for declaratory and injunctive relief. Dkt 1 at ¶¶5.1–5.4, 8.1–13.4. She also asserts violations of 12 USC §2605(e) and the APA. Dkt 1 at ¶¶6.1–7.4.

Plaintiff applied to proceed *in forma pauperis*. Dkt 3. The matter was referred for disposition to Magistrate Judge Richard Bennett. Dkt 8. He entered a Memorandum and Recommendation recommending that the application to proceed *in forma pauperis* be denied. Dkt 9. He noted that the application indicates Plaintiff is presently employed, fails to list the value of all assets as requested, and doesn't indicate Plaintiff has any dependents or any debts or financial obligations. Id at 2.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically

objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 9.

The application by Plaintiff Deietra Bolden to proceed *in forma pauperis* is DENIED. Dkt 3.

SO ORDERED.

Signed on December 08, 2025 at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge