United States District Court
Southern District of Texas
**ENTERED**
July 14, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| DEIETRA BOLDEN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SAMUEL L. BOLDEN,<br>Plaintiff,<br><br>versus<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:25-cv-03161<br><br>JUDGE CHARLES ESKRIDGE |

### ORDER

Before the Court is the Motion to File Responsive Pleading Out of Time filed by Defendant U.S. Department of Housing and Urban Development ("HUD"). For the reasons stated in the motion and any arguments of the Parties, it is GRANTED.

Defendants shall answer Plaintiff's complaint by July 14, 2026.

SO ORDERED.

Signed on ___July 14, 2026___, at Houston, Texas.

_____

Richard W. Bennett
United States Magistrate Judge